IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PRESTON H JONES,

    Plaintiff,

v.                        CASE NO. 4:10-cv-00139-MP -WCS

CHRIS DOUGLAS, MEDICAL PERSONNEL, LISA MESSER, FELICIA NOBLES,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 25, Report and Recommendation. The Magistrate Judge has recommended this case be dismissed for failure to comply with an order to prosecute. Plaintiff failed to comply with the Order to file a third amended complaint and the Report and Recommendation has been returned undeliverable via U.S. Mail. As such, Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 25, is ADOPTED and incorporated herein.

    2.    This complaint is DISMISSED without prejudice for failure to comply with an order to prosecute.

    **DONE AND ORDERED** this  *3rd* day of January, 2011



                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge